## (December 22, 1961)

■ REBECCA KANTOR, Appellant, v. NATIONWIDE LIFE INSURANCE COMPANY, Respondent.— Motion by appellant to dispense with printing of exhibits granted as to the policy portion of Exhibit 1 (the application and the medical report must be printed); as to Exhibits 4 to 7 inclusive; and as to Exhibits 9, 14, C, D and E; otherwise motion denied. These original exhibits are to be submitted on the argument of the appeal; and they (or photostat copies) are to be made available to both parties for the preparation of briefs. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

## (December 27, 1961)

■ In the Matter of the Appointment of ARTHUR J. DORAN, Esquire, as a Member of the Character Committee for the Ninth Judicial District.— Pursuant to the provisions of law (N. Y. Const., art. VI, § 2; Judiciary Law, § 90; Rules Civ Prac., rule 1), Arthur J. Doran, Esquire, a practicing lawyer, residing in the County of Westchester, is hereby appointed as a member of the Committee on Character and Fitness of applicants for admission to the Bar for the Ninth Judicial District (in place of John A. Wallace, Esq., resigned), to investigate the character and fitness of applicants in said judicial district for admission to practice as attorneys and counselors at law in the courts of this State; such appointment to take effect January 1, 1962. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld, Christ, Pette and Brennan, JJ.

■ JOHN BORGIA, an Infant, by NICHOLAS BORGIA, His Guardian ad Litem, et al., Respondents-Appellants, v. CITY OF NEW YORK, Appellant-Respondent, et al., Defendant.— The plaintiff Nicholas Borgia, as guardian ad litem, is not aggrieved by that part of the judgment from which he seeks to appeal. Nor is he aggrieved individually by such part of the judgment, since he consented to the reduction to $17,500 of the jury's verdict for $45,000 in his favor (cf. *Enslein* v. *Hudson & Manhattan R. R. Co.*, 5 N Y 2d 778; Civ. Prac. Act, § 557). With the dismissal of plaintiffs' cross appeal from the judgment, their right under section 580 of the Civil Practice Act to appeal from said intermediate order falls. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.